In the Matter of WILLIAM LIDDLE, as Commissioner of Public Welfare of Madison County, Respondent, v. HARRY ROBERTS, Appellant.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.